■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. TITUS MCBRIDE, Appellant, v WARDEN et al., Respondents. [29 NYS3d 791]—Judgment (denominated an order), Supreme Court, New York County (Marcy L. Kahn, J.), entered October 2, 2015, which denied the petition for a writ of habeas corpus, and dismissed the proceeding, unanimously affirmed, without costs.

To the extent petitioner is making a claim of excessive bail, that claim is without merit. None of petitioner's remaining claims may be raised by way of habeas corpus (*see e.g. People ex rel. Douglas v Vincent*, 50 NY2d 901 [1980]). Concur—Mazzarelli, J.P., Renwick, Saxe and Gische, JJ.